■ In the Matter of ARLEY COLLINS, Appellant, v BRIAN J. WING, Individually and as Acting Commissioner of New York State Department of Social Services, et al., Respondents. [671 NYS2d 374] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Rath, Jr., J. (Appeal from Order of Supreme Court, Erie County, Rath, Jr.,

J.—Counsel Fees.) Present—Green, J. P., Pine, Hayes, Callahan and Fallon, JJ.